UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL NO. 7:19-CR-03-KKC

UNITED STATES OF AMERICA,                                               PLAINTIFF,

V.          RECOMMENDATION TO ACCEPT GUILTY PLEA

ERNEST B. RAY, a/k/a, JUNIOR,                              DEFENDANT.

\* \* \* \* \*

On referral the Court conducted a rearraignment of Defendant Ernest B. Ray, a/k/a Junior. On June 21, 2019, Defendant appeared before the undersigned for proceedings under Rule 11, following Defendant's motion for rearraignment.

As established and particularly detailed on the record:

1. After the Court informed Defendant of his right to rearraignment in the presence of a United States District Judge, Defendant personally consented to rearraignment before a United States Magistrate Judge. Defendant further consented to the Magistrate Judge accepting the plea, conditioned upon proper findings under Rule 11. The consent occurred orally and in writing and was under oath. The consent was knowing, voluntary, and intelligent and occurred with counsel's advice. The United States had no objection to so proceeding.

2. The Court placed Defendant under oath and performed the full colloquy as required by Rule 11. As set forth in the record, after said colloquy, the Court found Defendant competent to plead. Additionally, after advising Defendant of all applicable rights, covering the full tendered plea agreement (to include a partial appeal and collateral attack waiver), and assuring Defendant's awareness of the nature of and all potential mandatory penalties applicable to all charges at issue, as well as the sentencing process, the Court further found that Defendant pled guilty in a knowing, voluntary, and intelligent fashion. Further, an independent factual basis supported the plea as to each essential offense element for the applicable charge. The Court covered all areas and confirmed Defendant's understanding of all matters required in the context by Rule 11, the criminal rules, and the United States Constitution.

3. As such, and based on the Court's findings, the undersigned RECOMMENDS that the defendant's guilty plea be ACCEPTED and the Defendant be ADJUDGED GUILTY of Counts 1, 2, 3, 4 & 5 of the Indictment.

4. The Court informed the parties that the District Judge would defer acceptance of the tendered Plea Agreement pending consideration as part of final sentencing.

5. The Court set a sentencing date of Friday, October 11, 2019, at 11:30 a.m., before Hon. Karen Caldwell, and issued a formal sentencing order.

*Right to Object*

Defendant has the right to object to this Order and to secure de novo review from the District Judge as to any matter to which he specifically objects and seeks review. Within ten

days after being served with a copy of this decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals with respect to the particular decision at issue. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

This the 21st day of June, 2019.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge